151 So.2d 693

**Mrs. Bertha PHILLIPS, wife of George STRAUGHTER**

v.

**HOLY TEMPLE OF the CHURCH OF GOD AND CHRIST.**

**No. 46701.**

April 17, 1963.

In re: Holy Temple of the Church of God and Christ applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 150 So. 2d 124.

Writ refused. We find no error of law in the Court of Appeal's judgment in so far as applicant is concerned.

151 So.2d 693

**STATE of Louisiana**

v.

**James PICKENS and Sylvester Alexander.**

**No. 46716.**

April 19, 1963.

In re: James Pickens and Sylvester Alexander applying for writs of certiorari, prohibition and mandamus.

Writs refused. Relators have an adequate remedy by appeal in the event of their conviction.